Order entered January 15, 2015



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00983-CV

**MEREDITH HICKS-CAPLETON DBA GEMSTONE MANAGEMENT AND CONSULTING, LLC, Appellant**

**V.**

**DESOTO CHAMBER OF COMMERCE, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-05372-D**

## ORDER

Before the Court is appellant's January 12, 2015, second motion to extend deadline for production of the clerk's and reporter's records. In its motion, appellant requests an additional sixty days to pay for the clerk's and reporter's records. We **GRANT** appellant's request to the extent that we extend the time to pay for **THIRTY DAYS**. Appellant shall provide this Court with written proof of payment or arrangements to pay for the reporter's and clerk's records within **THIRTY DAYS** of the date of this order. The reporter's and the clerk's records shall be due **THIRTY DAYS** after appellant provides written proof of payment or arrangements to pay for the records.

We caution appellant that no further extensions of time will be granted absent extraordinary circumstances.

/s/    CRAIG STODDART
JUSTICE